FILED
2018 Aug-24 PM 01:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| AXIS Surplus Insurance Company | ) | Alias <u>Summons</u> |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION CASE NUMBER: |
| Domingo Valles; Garcia Building Company, LLC ; and Centermarc Construction Company, LLC | ) ) ) | 2:18-CV-1068-AKK |
| Defendant. | ) | |

### Alias Summons in a Civil Action

To: *Garcia Building Company, LLC*
  *Jose R. Garcia, Jr.*
  *9125 Houndsbay Drive*
  *Montgomery, AL 36117*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), - or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

  **William A. Austill**
  **Joseph E. B. Stewart**
  **600 Century Park S., Ste. 100**
  **Birmingham, AL 35226**

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 8/24/18

SHARON N. HARRIS, CLERK

By: *[signature]*

Deputy Clerk


NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203